ACCEPTED
12-14-00158-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/20/2015 3:51:58 PM
CATHY LUSK
CLERK

# COURT OF APPEALS
# TWELFTH DISTRICT OF TEXAS
# TYLER

## NO. 12-14-00158-CR

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/20/2015 3:51:58 PM
CATHY S. LUSK
Clerk

**RICKY NEAL JR.**                                          **APPELLANT**

**V.**

**STATE OF TEXAS**                                          **STATE**

----------

## FROM JUDICIAL DISTRICT COURT NO. 7 OF SMITH COUNTY
## TRIAL COURT NO. 007-0505-13

----------

## <u>MOTION TO SUBSTITUTE COUNSEL</u>

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes RICKY NEAL JR., Defendant, and brings this Motion to Substitute Counsel, requesting the Court grant permission for Attorney Carlos D'Angelo to withdraw and to substitute Gerald J. Smith as attorney of record for Defendant in these causes, and in support thereof would show:

1. Carlos D'Angelo was previously appointed to represent Defendant in this case. Defendant no longer desires to be represented by Carlos D'Angelo.

2. Gerald J. Smith has been employed to represent Defendant in this case. Defendant approves this substitution as evidenced by his signature on this motion. This Motion is not brought for delay, but to allow Defendant to be represented by counsel of his choice.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Court enter an order allowing Carlos D'Angelo to withdraw from representing Defendant and to substitute Gerald J. Smith as attorney of record in this case.

Respectfully submitted,

/s/Gerald J. Smith, Sr.,
Gerald J. Smith, Sr.
State Bar No. 24039316

The Law Offices of G.. J. Smith, Sr. PLLC
P. O. Box 200395
Arlington, TX 76006
Tel: (817) 635-3100
Fax: (817) 635-3104

Carlos D'Angelo
State Bar No. 24052664

## CERTIFICATE OF SERVICE

This is to certify that on March 20, 2015, a true and correct copy of the above and foregoing document was served on the Twelfth District Court of Appeals Office, Smith County, 1517 W Front St Ste 354, Tyler, TX 75702, via E-FILE.

_____
Gerald J. Smith, Sr.

## CERTIFICATE OF CONFERENCE

Prior to the filing this motion, I certify that on March 20, 2015, a copy was provided to the Smith County District Attorney's Office, by facsimile addressed to the attention of Michael J. West and afterwards:

____I conferred with Asst. District Attorney Michael J. West, and he opposes / does not oppose Defendant's Motion for Substitution of Counsel;

✓ I attempted to confer with Asst. District Attorney Michael J. West by calling 903-590-1720 on March 20, 2015, but he has not responded to my attempts. Accordingly, I cannot represent to the court whether counsel opposes or does not oppose Defendant's Motion For Substitution of Counsel.

/s/Gerald J. Smith, Sr.,
Gerald J. Smith, Sr.